UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA GRAYSON,<br><br>                                            Plaintiff,<br><br>        v.<br><br>THE CITY OF ROCHESTER, a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                            Defendants. | **DECLARATION OF SERVICE**<br><br>Case No.<br><br>(Monroe County Supreme Court Index No. E2021008256) |

*Pursuant to 28 U.S.C. §1746, Maria E. Rodi declares as follows:*

On this date, I served the following: Notice of Removal; Notice of Filing of Notice of Removal; Local Rule 81 Index of Documents Filed in NYS Court Action, with Exhibits; and Demand for Jury Trial, by U.S. Mail delivery service upon:

| | |
|---|---|
| Elliot Dolby Shields, Esq.<br>Roth & Roth, LLP<br>*Co-counsel for Plaintiff*<br>192 Lexington Avenue, Suite 802<br>New York, New York 10024<br>(212) 425-1020 | Donald Thompson, Esq.<br>Easton Thompson Kasperek Shiffrin LLP<br>*Co-counsel for Plaintiff*<br>16 West Main Street, Suite 243<br>Rochester, New York 14614<br>(585) 423-8290 |
| City of Rochester<br>Corporation Counsel<br>30 Church Street, Room 400A<br>Rochester, New York 14614 | Marlon Williams and Nicholas Vandemar<br>185 Exchange Blvd.<br>Rochester, New York 14614 |

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on November 23, 2021*

**JOHN P. BRINGEWATT, MONROE COUNTY ATTORNEY**
*Attorney for Sheriff Defendants*

**Maria E. Rodi**
Senior Deputy County Attorney
307 County Office Building
39 West Main Street
Rochester, New York 14614
(585) 753-1495
mariarodi@monroecounty.gov