UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA GRAYSON,<br><br>                              Plaintiff,<br><br>     -against-<br><br>THE CITY OF ROCHESTER,  a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICER 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br>                              Defendants. | **NOTICE OF MOTION**<br><br>**Case No.: 21-cv-6719** |

Defendants City of Rochester, Marlon Williams and Nicholas Vandemar ("City Defendants") move this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss for failure to state a claim for relief—or alternatively for summary judgment on the, fourth, fifth, sixth, seventh and eighth causes of action in Plaintiff's complaint.

In support of this motion, the Court is referred to the Declaration of John M. Campolieto, Esq., with exhibit attached, and the Memorandum of Law, all submitted herewith and made part of this motion. The City reserves the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: February 3, 2022

By: _____/s/_____
John M. Campolieto Esq., of Counsel
*Attorneys for Defendant*
30 Church Street, Room 400A
Rochester, NY  14614
(585) 428-7410

To:   ROTH & ROTH, LLP
       Elliot D. Shields, Esq.
       *Counsel for Plaintiffs*
       192 Lexington Avenue, Suite 802
       New York, New York 10016

1