UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA GRAYSON,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>　　　　　　　　　　　　　　　　Defendants. | Case No. 21-cv-6719<br><br>**NOTICE OF MOTION TO DISMISS** |

| | |
|---|---|
| Motion By: | Defendants County of Monroe, Todd Baxter, and "Richard Roe" Monroe County Sheriff's Deputies 1-200 (the "County Defendants"). |
| Relief Requested: | An order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice, the Complaint and each claim as against the County Defendants and such other and further relief as this Court deems proper. |
| Supporting Papers: | Notice of Motion; Declaration of Maria E. Rodi, Esq., dated May 12, 2022 with Exhibit A; and Memorandum of Law, dated May 12, 2022. |
| Grounds for Motion: | Failure to state a claim against the County Defendants. |
| Location: | United States Court House, 100 State Street, Rochester, New York 14614 |
| Opposing Papers: | Under Local Rule, Plaintiffs are required to file and serve opposing papers **fourteen (14) days** after the service of this motion, if the Court does not issue an order with an alternative deadline. The County Defendants intend to file and serve reply papers. |

Dated: May 12, 2022　　　　　　　　　　　John P. Bringewatt, Monroe County Attorney
　　　　　　　　　　　　　　　　　　　　　*Attorney for the County Defendants*

　　　　　　　　　　　　　　　　　　　　　s/ *Maria E. Rodi*
　　　　　　　　　　　　　　　　　　　　　Maria E. Rodi, Senior Deputy County Attorney
　　　　　　　　　　　　　　　　　　　　　307 County Office Building, 39 W. Main Street
　　　　　　　　　　　　　　　　　　　　　Rochester, New York 14614
　　　　　　　　　　　　　　　　　　　　　585.753.1495
　　　　　　　　　　　　　　　　　　　　　mariarodi@monroecounty.gov

To:　All Counsel of Record *by ECF*