UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA GRAYSON,<br>　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICER 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br>　　　　　　　　　　　Defendants. | **NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**Case No.: 21-cv-06719** |

Defendants City of Rochester, Marlon Williams and Nicholas Vandemar ("City Defendants") move this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss for failure to state a claim for relief—or alternatively for summary judgment on the fifth, ninth, tenth, eleventh and fourteenth causes of action in Plaintiff's Amended Complaint.

In support of this motion, the Court is referred to the Declaration of John M. Campolieto, Esq., with exhibit A attached, and the Memorandum of Law, all submitted herewith and made part of this motion. The City reserves the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: May 17, 2022

　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　
　　　　　　　　　　　　　　　　　　John M. Campolieto Esq., of Counsel
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　30 Church Street, Room 400A
　　　　　　　　　　　　　　　　　　Rochester, NY  14614
　　　　　　　　　　　　　　　　　　(585) 428-7410

1

To: ROTH & ROTH, LLP
Elliot D. Shields, Esq.
*Counsel for Plaintiffs*
192 Lexington Avenue, Suite 802
New York, New York 10016

JOHN P. BRINGEWATT, Monroe County Attorney
Maria E. Rodi, Esq.
Adam M. Clark. Esq.
307 County Office Building
39 W. Main Street
Rochester, NY 14614
(585) 753-1495