**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIARA GRAYSON,<br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, MARLON WILLIAMS, NICHOLAS VANDEMAR, "JOHN DOE POLICE OFFICER 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br>　　　　　　　　　　Defendants. | **DECLARATION IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br>Case No.: 21-CV-06719 |

**JOHN M. CAMPOLIETO**, an attorney duly admitted to practice law before this Court, declares, pursuant to 28 U.S.C. §1746, the following:

1. I am a Municipal Attorney for the City of Rochester, admitted to practice law before this court, and represent the City of Rochester in this action.

2. I submit this Declaration in support of Defendant City of Rochester's Motion to Dismiss, pursuant TO FED. R. CIV. P. 12(b)(6).

3. The information set forth herein is based upon my personal knowledge, a review of the proceedings in this action, and a review of relevant case law.

4. Attached to this Declaration is Exhibit A, the Amended Complaint initiating this action.

**WHEREFORE**, the Complaint should be dismissed in its entirety and with prejudice.

1

Dated: May 17, 2022

/s/ John M. Campolieto

_____
BY: John M. Campolieto, Esq., *of Counsel*
Attorneys for Defendants
City Hall Room 400A, 30 Church Street
Rochester, New York 14614
(585) 428-6699