UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TIARA GRAYSON,

                            Plaintiff(s),

***MEDIATION CERTIFICATION***

   21  - cv -  6719

                    v.

THE CITY OF ROCHESTER, et al.,

                            Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___7/14/23___.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☑ ***Case has not settled.***

***Date:*** 07/14/2023                  ***Mediator: /S/*** Amanda G. Williams

***Additional Comments:***
_____
_____
_____